NUMBER 13-04-080-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________

GUSTAVO SANCHEZ AND ALLEGHENY 
CASUALTY CO., D/B/A DEVOLADA 
BAIL BONDS, 
                                                                                     Appellants,

v.

THE STATE OF TEXAS, 
                                                                                     Appellee.
_______________________________________________________

On appeal from the 357th District Court 
 of Cameron County, Texas
_______________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza 
Opinion Per Curiam

         Appellants, GUSTAVO SANCHEZ AND ALLEGHENY CASUALTY CO., D/B/A
DEVOLADA BAIL BONDS, attempted to perfect an appeal from a judgment entered by
the 357th District Court of Cameron County, Texas. On December 4, 2003, the trial
court granted appellants’ motion for new trial.
         The Court, having examined and fully considered the documents on file and the
trial court’s order granting a new trial, is of the opinion that the appeal should be
dismissed for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.
                                                                                 PER CURIAM
Opinion delivered and filed this
the 26th day of February, 2004.